# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2022

## NO. 03-22-00280-CV

**The Hertz Corporation, Appellant**

**v.**

**Chandra Oglen, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on February 16, 2022. Having reviewed the record, the Court holds that The Hertz Corporation has not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.